

# Fourth Court of Appeals
## San Antonio, Texas

December 5, 2018

No. 04-18-00558-CR

Rosalinda Huereca **PENA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 6, Bexar County, Texas
Trial Court No. 455468
Honorable Wayne A. Christian, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
                Luz Elena D. Chapa, Justice
                Irene Rios, Justice

The brief of appellant, Rosalinda Huereca Pena, was originally due October 15, 2018. Neither the brief nor a motion for extension of time to file the brief were filed. Therefore, on October 18, 2018, the clerk of this court sent appellant's court-appointed counsel, Suzanne Kramer, a letter notifying her of the deficiency and requiring a response within ten days. See TEX. R. APP. P. 38.8(b)(2).

On November 1, 2018, Ms. Kramer filed a motion to dismiss, questioning whether her client's notice of appeal was timely filed. Ms. Kramer asked this court to clarify whether, under the circumstances presented, the court's jurisdiction was invoked. On November 5, the court issued an order explaining why the notice of appeal was timely and denying the motion to dismiss. We noted that appellant's brief was past due and the court ordered "Suzanne Kramer to file appellant's brief by November 14, 2018."

Ms. Kramer did not file the appellant's brief by November 14 and did not otherwise respond to this court's November 5 order. Therefore, on November 20, 2018, the court issued an order that stated in part:

We therefore **order** appellant's appointed appellate counsel, Suzanne M. Kramer, to file appellant's brief by **November 30, 2018**. If the brief is not filed as ordered, this appeal may be abated for an abandonment hearing and counsel may be ordered to show cause why she should not be held in civil or criminal contempt of this court.

Ms. Kramer has not filed the brief or any other response to our November 20, 2018 order.

We **ORDER Suzanne Kramer** to file appellant's brief electronically **and** to deliver a paper copy of the brief to this court not later than **5:00 p.m. on December 18, 2018**. If she does not file and deliver the brief by 5:00 p.m. on December 18, we **ORDER Suzanne Kramer** to appear in the courtroom at the Fourth Court of Appeals, 300 Dolorosa, Suite 3200, San Antonio, Texas, on **December 19, 2018, at 2:00 p .m.**, before a panel consisting of Chief Justice Marion, Justice Chapa, and Justice Rios to show cause why she should not be held in criminal contempt and civil contempt of this court or otherwise sanctioned for:

1) violating this court's November 5, 2018 order by failing to file appellant's brief by November 14, 2018;

2) violating this court's November 20, 2018 order by failing to file appellant's brief by November 30, 2018; and

3) violating this order by failing to file appellant's brief both electronically and by delivering a paper copy of the brief to this court by 5:00 p.m. on December 18, 2018.

Ms. Kramer is advised that she has a right to be represented by counsel at the show cause hearing and the proceedings will be recorded by a certified court reporter.

We further **ORDER** the clerk of this court to serve this order on Suzanne Kramer by email and to effect personal service of this order on her with proof of service.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of December, 2018.

_____
Keith E. Hottle
Clerk of Court